# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-4120

_____

Steve Mehdi Ghassemlou,          *
                                 *
          Appellant,             *
                                 *     Appeal from the United States
     v.                          *     District Court for the
                                 *     District of Minnesota.
Hennepin County; Hennepin County *
Medical Center,                  *          [UNPUBLISHED]
                                 *
          Appellees.

_____

Submitted: June 14, 1999
    Filed:  September 15, 1999

_____

Before HANSEN and MAGILL, Circuit Judges, and JONES,[1] District Judge.

_____

PER CURIAM.

Steve Mehdi Ghassemlou, a resident alien from Iran, was hired as a nursing assistant by Hennepin County Medical Center. He began his employment as a probationary employee. Ghassemlou was terminated after only two months of employment. Ghassemlou brought an action against Hennepin County and the

_____

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota, sitting by designation.

Hennepin County Medical Center alleging gender and national origin discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1), and the Minnesota Human Rights Act, Minn. Stat. § 363.03. The district court granted the defendants' motion for summary judgment and Ghassemlou appeals. Having carefully reviewed the record and the parties' briefs, we conclude an extended discussion is not warranted and affirm for the reasons set out in the district court's opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT